**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 6 2025

TAMMY H. DOWNS, CLERK
By:_____
                        DEP CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

Case No. **3:25-cv-228-DPM**

| | |
|---|---|
| **LED TECHNOLOGIES, INC.**, a Delaware corporation; | |
| Plaintiff, | **VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| **JK-HOLDING GMBH**, a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH"); **JK PRODUCTS & SERVICES, INC.**, an Arkansas for-profit corporation, and **JK AMERICA, INC.**, an Arkansas for-profit corporation, | |
| Defendants. | This case assigned to District Judge **Marshall** and to Magistrate Judge **Kearney** |

Plaintiff LED TECHNOLOGIES, INC. ("LED Technologies"), by and through its undersigned attorneys, for its Verified Complaint against JK-HOLDING GMBH ("Defendant JK GmBH"), JK PRODUCTS & SERVICES, INC. ("Defendant JK Products"), and JK AMERICA, INC. ("Defendant JK America") (collectively, "Defendants") states as follows:

## NATURE OF THE ACTION

1.  This Complaint is an action for infringement of LED Technologies' REVIVE LIGHT THERAPY trademarks pursuant to 15 U.S.C. § 1114, infringement and false designation of origin and unfair competition pursuant to 15 U.S.C. § 1125(a), and for substantial and related claims of trademark infringement and unfair competition pursuant to common laws of the State of Arkansas, all arising from Defendants' unauthorized, unapproved, unlicensed use of a trademark confusingly similar to LED Technologies' REVIVE LIGHT THERAPY trademarks

-1-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

in connection with the marketing, advertising, promotion, offering for sale and/or sale of Defendants' services, which are substantially similar and/or identical to those offered by LED Technologies.

    2.     LED Technologies seeks injunctive and monetary relief.

<b><u>THE PARTIES</u></b>

    3.     Plaintiff LED Technologies, Inc. is a Delaware corporation with a principal office address of 11701 Belcher Road, Suite 110, Largo, Florida 33773.

    4.     Upon information and belief, Defendant JK-Holding GmbH is a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH") – formed under the laws of the Country of Germany, with a place of business at Köhlershohner Strasse, 53578 Windhagen, Germany.

    5.     Upon information and belief, Defendant JK Products & Services, Inc. is a for-profit Arkansas corporation with a principal address of 1823 Grant Avenue, Suite A, Jonesboro, AR, 72401. JK Products & Services, Inc. has a registered agent with an address of 300 S. Spring Street, Suite 900, Little Rock, AR 72201.

    6.     Upon information and belief, Defendant JK America, Inc. is a for-profit Arkansas corporation with a principal address of 1823 Grant Avenue, Jonesboro, AR, 72401. JK America, Inc. has a registered agent with an address of 300 S. Spring Street, Suite 900, Little Rock, AR 72201.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## JURISDICTION AND VENUE

7.     The Court has original subject matter jurisdiction over the claims that relate to trademark infringement, false designation of origin and unfair competition, as well as cancellation of a registration, pursuant to 15 U.S.C. §§ 1125(a) and 1119 and also pursuant to 28 U.S.C. §§ 1331 and 1338, as these claims arise under the laws of the United States. The Court has supplemental jurisdiction over the claims in this Complaint which arise under state statutory and common law pursuant to 28 U.S.C. §§ 1338(b) and 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

8.     This Court has personal jurisdiction over Defendants because Defendants maintain a continuous, systematic, and substantial presence within this Judicial District and within Arkansas. In addition, by committing acts of trademark infringement, false designation of origin, and unfair competition in this Judicial District, including, but not limited to, using infringing marks in connection with the sale of services to customers in this Judicial District, Defendants' acts form a substantial part of the events or omissions giving rise to LED Technologies' claims.

9.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c) at least because Defendant resides in this Judicial District by virtue of doing business within the Judicial District and a substantial portion of the events complained of herein took place in this Judicial District.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## FACTUAL ALLEGATIONS

**A.    LED Technologies Inc. and LED Technologies' REVIVE LIGHT THERAPY Marks**

10.    Founded in 2004, LED Technologies is a dedicated, well-known and highly regarded provider of light therapy and ultra-violet (UV) sanitation products throughout the United States and worldwide.

11.    Since at least as early as March 01, 2013, LED Technologies and its predecessor-in-interest have been using LED Technologies' REVIVE LIGHT THERAPY word mark and LED Technologies' REVIVE LIGHT THERAPY & Design Mark, as shown below:



(the "REVIVE LIGHT THERAPY Marks") in interstate commerce in the United States in connection with its services, namely "Phototherapeutic apparatus for medical purposes, namely, a LED (light-emitting diode) light source for medical and aesthetic skin treatments" (the "REVIVE LIGHT THERAPY Goods").

12.    On May 31, 2013, LED Technologies – through its predecessor-in-interest – filed a trademark application with the United States Patent & Trademark Office ("USPTO") pursuant to Trademark Act Section 1(a), 15 U.S.C. § 1051(a), for the REVIVE LIGHT THERAPY & Design Mark (U.S. Application Serial No. 85/947,451) in connection with the REVIVE LIGHT THERAPY Goods claiming a first-use date of March 01, 2013.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

13.    The USPTO issued a registration for LED Technologies' REVIVE LIGHT THERAPY & Design Mark on October 20, 2015 pursuant to United States Registration No. 4,834,341 (the "REVIVE LIGHT THERAPY & Design Registration").

14.    On February 17, 2021, five years following the USPTO's issuance of the REVIVE LIGHT THERAPY & Design Registration, LED Technologies filed, and on August 20, 2021, the USPTO accepted and acknowledged the Combined Declaration of Use and Affidavit of Incontestability for Plaintiff's REVIVE LIGHT THERAPY & Design Registration, such that the REVIVE LIGHT THERAPY & Design Registration became and now is incontestable. Notably, the incontestability status of Plaintiff's REVIVE LIGHT THERAPY & Design Registration affords the mark an increased level of legal protection and provides conclusive evidence of Plaintiff's right to use the REVIVE LIGHT THERAPY Marks.

15.    LED Technologies' designed its products branded with LED Technologies' REVIVE LIGHT THERAPY Marks to provide and represent the highest quality medical phototherapy devices for the best value to the consumer. LED Technologies' mission and goal is to innovate this category of phototherapeutic devices and offer the ultimate benefits of phototherapeutic treatments to consumers with any budget, not just those with high discretionary income.

16.    LED Technologies' products sold in connection with LED Technologies' REVIVE LIGHT THERAPY Marks are FDA-cleared, medical-grade light therapy pain relief devices that use red light therapy to increase circulation and support healing on the surface, and

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

infrared light therapy to go deep into the skin's muscles and tissues to reduce pain, stiffness, and soreness.

17.    Since its inception and through substantial expenditures, efforts and continuous nationwide use of LED Technologies' REVIVE LIGHT THERAPY Marks, LED Technologies has developed a high, valuable intellectual property interest in LED Technologies' REVIVE LIGHT THERAPY Marks as well as incalculable distinction, reputation and goodwill belonging exclusively to LED Technologies.

18.    For example, since its inception, LED Technologies has sold over 1 million products bearing its REVIVE LIGHT THERAPY Marks worldwide.

19.    Further, LED Technologies has promoted LED Technologies' REVIVE LIGHT THERAPY Marks, among other ways, on its websites at https://ledtechnologies.com/ and www.reVivelighttherapy.com, and through social media accounts, third party websites, and directly to its clients and prospective clients. LED Technologies' products sold in connection with LED Technologies' REVIVE LIGHT THERAPY Marks are sold at retail establishments such as Amazon, Anthropologie, Costco, FSA Store, Hammacher Schlemmer, Nordstrom, Sharper Image, and Target, as well as distributed nationally through companies such as Cardinal Health, Compass Health, Optum, and McKesson.

20.    Moreover, LED Technologies has been recognized for its innovation and growth in the phototherapy industry in numerous magazines and online publications, such as the following:

(a) Seventeen Magazine (print) - 2017 Best At-Home Light Therapy for Acne; reVive Light Therapy Essentials Acne Treatment;

-6-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

(b) NewBeauty Magazine (print) - 2018 NewBeauty Magazine Simplest Way to Plump Up Thin Lips; reVive Light Therapy® Lip Care—Naturally Fuller Lips;

(c) Shape (online) – 2018 Best At-Home Skin-Care Gadgets and Tech, According to the Pros; reVive Light Therapy Lip Care;

(d) NewBeauty Magazine (online) – 2019 NewBeauty Magazine Best Skin Product; reVive Light Therapy® LookBook—Anti-Aging Light Therapy;

(e) Teen Vogue - 2019 Best Acne Devices; reVive Light Therapy Essentials—Acne Treatment;

(f) WWD – 2020 The Best LED Face Masks to Brighten, Tighten, and Clear Your Skin at Home With Light Therapy; reVive Light Therapy Lip Care;

(g) Vogue – 2020 The Best Beauty Tools and Skin-Care Devices Under $100; reVive Light Therapy Essentials—Acne Treatment;

(h) Beauty Innovations Awards – 2021 Facial Cleansing Brush of the Year; Sonique Mini Cleansing Brush (Acne);

(i) ELLE – 2025 Smooth Fine Lines Away With These Expert-Loved Red Light Therapy Wands; Best for Acne – Revive Light Therapy Glō Portable LED Light Therapy Device, and

(j) TECH/SPY Magazine – 2025 15 Innovative Summer Beauty Technologies Reshaping Your Selfcare Routine – REVIVE Sonique Mini Lux Collection

21.    As a result of LED Technologies' efforts, LED Technologies' has established, through LED Technologies' widespread, continuous and exclusive nationwide use of LED Technologies' REVIVE LIGHT THERAPY Marks, valid and subsisting nationwide rights in LED Technologies' REVIVE LIGHT THERAPY Marks.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

**B.       Defendants' Unlawful Activities**

22.       Upon information and belief, Defendants' business focuses on developing, manufacturing, offering for sale and selling products in the field of tanning and wellbeing, including light therapy devices.

23.       Without the knowledge, permission and/or consent from LED Technologies, and beginning after LED Technologies' commenced use of and established valuable goodwill in connection with LED Technologies' REVIVE LIGHT THERAPY Marks and LED Technologies' goods and services, Defendant JK-GmBH submitted an application with the USPTO pursuant to Trademark Act Section 66(A), 15 U.S.C. § 1141f(a), for the REVIVE RED LIGHT TECHNOLOGY & Design Mark ("Infringing RRLT Mark") pursuant to U.S. Application Serial No. 79/358,497 (the "Infringing RRLT Application"), as shown below, for various goods and services, including those services covered by LED Technologies' REVIVE LIGHT THERAPY & Design Registration:



24.       Upon information and belief, Defendants became aware of LED Technologies' and LED Technologies' REVIVE LIGHT THERAPY Marks before Defendants commenced their infringing activities and before filing Defendant JK GmbH's application to register the Infringing RRLT Mark with the USPTO.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

25.    Following an initial review of the application, the USPTO issued a non-final Office action on February 07, 2023. Office action letters are used by examining attorneys with USPTO to list any legal problems with the chosen trademark and/or with the application itself that must be resolved before a mark can be registered.  Here, the USPTO's examining attorney based the non-final Office action, in relevant part, on a likelihood of confusion with three previously registered marks, including LED Technologies' REVIVE LIGHT THERAPY & Design Registration.

26.    In comparing the mark in the Defendants' Infringing RRLT Application to LED Technologies' REVIVE LIGHT THERAPY & Design Mark, the USPTO's Examining Attorney noted:

> In the present case, both marks start with the first term REVIVE, making it the dominant term of each mark to consider for likelihood of confusion purposes. Also, registrant has disclaimed the terms LIGHT THERAPY as being descriptive or generic of its goods, further rendering the term REVIVE as the dominant term of registrant's mark to consider for likelihood of confusion. Similarly, the attached evidence shows that the wording RED LIGHT TECHNOLOGY in the applied-for mark is merely descriptive of or generic for applicant's goods and/or services. Thus, this wording is less significant in terms of affecting the mark's commercial impression, also rendering the wording REVIVE the more dominant element of the mark. Finally, while both marks contain designs and stylization, the wording present in each mark is more likely to create a commercial impression than these stylizations alone.
>
> **Therefore, as the dominant portion of each mark is identical, the marks are considered confusingly similar.**
>
> (emphasis added).

27.    Further, and to reflect the Examining Attorney's claim that the wording RED LIGHT TECHNOLOGY is descriptive or generic for Defendants' goods or services, the Examining Attorney required Defendant JK-GmbH to disclaim the wording "RED LIGHT

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

TECHNOLOGY" because "it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose or use of applicant's goods and/or services." A disclaimer is a statement that the applicant does not claim exclusive rights to a specific element of the proposed trademark.

28.     The USPTO's Examining Attorney also found the goods and services listed in the Infringing RRLT Application and those listed on the cited registrations, including LED Technologies' REVIVE LIGHT THERAPY & Design Registration, to be legally identical such that Defendant's Infringing RRLT Mark would cause a likelihood of confusion with the marks in the registrations cited by the Examining Attorney, including LED Technologies' REVIVE LIGHT THERAPY & Design Mark.

29.     On June 16, 2023, Defendant JK-GmbH filed a response to the non-final Office action, in which Defendant JK-GmbH accepted the Examining Attorney's disclaimer requirement and deleted all International Classes on the initial application except for International Class 011. JK-GmbH amended this class to reflect the Examining Attorney's request for clarification in the non-final Office action. These actions were all an attempt to circumvent a further refusal of registration from the USPTO as to a likelihood of confusion with LED Technologies' REVIVE LIGHT THERAPY & Design Mark.

30.     After the USPTO accepted Defendant JK-GmbH's response to the USPTO's non-final Office action and the issuance of a subsequent Examiner's Amendment reduced the application to a very limited proposed scope of rights, the USPTO published the Infringing RRLT Application in the Trademark Official Gazette on November 14, 2023.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

31.    Following an extension, LED Technologies filed a Notice of Opposition against Defendant JK-GmbH's Infringing RRLT Application on March 13, 2024, pursuant to Opposition No. 91290375 ("Opposition Proceeding") before the Trademark Trial and Appeal Board ("TTAB"). LED Technologies asserted, pursuant to Section 2(d) Of the Trademark Act, that Defendant JK-GmbH's Infringing RRLT Mark was likely to confuse consumers into believing that the goods sold in connection with the Infringing RRLT Mark would derive from, or be associated with or sponsored by LED Technologies.

32.    Defendant JK-GmbH filed an answer to the Notice of Opposition on April 26, 2024, generally denying LED Technologies' relevant allegations.

33.    On January 24, 2025, without consent from LED Technologies, Defendant JK-GmbH filed Applicant's Withdrawal of Application as to Defendants' Infringing RRLT Mark, and the TTAB entered judgment against Defendant JK-GmbH, sustained the opposition in favor of LED Technologies, and refused registration of the Infringing RRLT Mark.  Plaintiff, accordingly, already has secured a judgment against Defendant JK-GmbH on the issue of whether Defendants' Infringing RRLT Mark is likely to confuse consumers. **See Exhibit A** (Withdrawal of Application) and **Exhibit B** (Entry of Judgment).

34.    Despite this, Defendants continue to encroach on LED Technologies' senior rights in LED Technologies' REVIVE LIGHT THERAPY Marks, by refusing to cease use of Defendants' Infringing RRLT Mark and the term "Revive" in connection with Defendants' marketing, advertising, offering for sale and sale of services and products in commerce in the United States. **See Exhibit C**.

-11-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

35.    Defendants prominently promoted and continue to promote Defendants' services with Defendants' Infringing RRLT Mark and/or the term "Revive" on Defendants' website, Defendants' Instagram account, Defendants' Facebook page, despite being placed on notice of LED Technologies' rights in LED Technologies' REVIVE LIGHT THERAPY Marks and attempted settlement negotiations between the parties that terminated recently. Each of these uses constitutes a willful infringement of LED Technologies' rights in LED Technologies' REVIVE LIGHT THERAPY Marks.

36.    As of at least September 30, 2025, Defendants, their wholesalers, and retailers continue to offer for sale and sell services branded with Defendants' Infringing RRLT Mark using products branded with Defendants' Infringing RRLT Mark, as shown in **Exhibit D**.

37.    By virtue of the acts complained of herein, Defendants have created a likelihood of injury to LED Technologies' business reputation and goodwill, caused a likelihood of consumer confusion, mistake and/or deception as to the source of origin or relationship of LED Technologies' goods and services and Defendants' services, and otherwise have competed unfairly with LED Technologies' by unlawfully trading on and using LED Technologies' REVIVE LIGHT THERAPY Marks without LED Technologies' permission or consent.

38.    Upon information and belief, Defendants' acts complained of herein are willful and deliberate.

39.    Defendants' acts complained of herein have caused and will continue to cause damage to LED Technologies in an amount to be determined at trial, and such damages will continue to increase unless Defendants are enjoined from their wrongful acts and infringement.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

40.    Defendants' acts complained of herein have caused LED Technologies to suffer irreparable injury to LED Technologies' business. LED Technologies' will suffer substantial loss of goodwill and reputation unless and until Defendants are preliminarily and permanently enjoined from the wrongful acts complained of herein.

### FIRST CAUSE OF ACTION

**[Trademark Infringement of a Registered Mark Pursuant to 15 U.S.C. § 1114(1)]**

41.    LED Technologies hereby repeats, realleges, and incorporates by reference the foregoing paragraphs of this Complaint as though fully set forth herein.

42.    Since at least as early as March 01, 2013, LED Technologies and its predecessor-in-interest have been using LED Technologies' REVIVE LIGHT THERAPY & Design Mark in interstate commerce in the United States in connection with the REVIVE LIGHT THERAPY Goods.

43.    Defendants' Infringing RRLT Mark constitutes a reproduction, counterfeit, copy, or colorable imitation of LED Technologies' registered REVIVE LIGHT THERAPY & Design Mark, which Infringing RRLT Mark Defendants have used in interstate commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use of the Infringing RRLT Mark is likely to cause confusion, or to cause mistake, or to deceive.

44.    Defendants' acts described herein and in the foregoing paragraphs constitute trademark infringement pursuant to and in violation of 15 U.S.C. § 1114(1), and such violations entitled LED Technologies to relief.

-13-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

45.    Defendants have unfairly profited from Defendants' acts of trademark infringement.

46.    As a result of Defendants' trademark infringement, LED Technologies has suffered and will continue to suffer damage to the goodwill associated with LED Technologies' REVIVE LIGHT THERAPY & Design Mark.

47.    Defendants' infringing acts have caused irreparable harm to LED Technologies and, if not enjoined, Defendants will continue to irreparably harm LED Technologies and LED Technologies' federally registered REVIVE LIGHT THERAPY & Design Mark.

48.    Further, Defendants' infringing acts have caused irreparable harm to consumers and, if not enjoined, Defendants will continue to irreparably harm consumers, who have an interest in avoiding confusion, mistake and deception in the marketplace.

49.    Defendants, by their actions, have damaged LED Technologies' in an amount to be determined at trial.

50.    Defendants, by their actions, have irreparably injured LED Technologies, and such irreparable injury will continue unless Defendants are preliminarily and permanently enjoined by this Court from further violations of LED Technologies' rights, for which LED Technologies has no adequate remedy at law.

51.    LED Technologies is entitled to, among other relief, injunctive relief and award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorney fees, and costs pursuant to Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116 and 1117, together with prejudgment and post-judgment interest.

-14-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## SECOND CAUSE OF ACTION

**[Trademark Infringement and False Designation of Origin Pursuant to 15 U.S.C. § 1125(a))]**

52.     LED Technologies hereby repeats, realleges, and incorporates by reference the foregoing paragraphs of this Complaint as though fully set forth herein.

53.     Defendants acts described herein and in the foregoing paragraphs constitute trademark infringement and false designation of origin arising under 15 U.S.C. § 1125(a).

54.     Defendants' Infringing RRLT Mark constitutes a word, term, name, symbol, or device, or a combination thereof that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with LED Technologies and LED Technologies' goods and/or services branded with LED Technologies' REVIVE LIGHT THERAPY Marks pursuant to 15 U.S.C. § 1125(a)(1)(A).

55.     Further, by virtue of the Defendants' acts as alleged herein, Defendants have infringed LED Technologies' REVIVE LIGHT THERAPY Marks by using Defendants' Infringing RRLT Mark and created a false designation of origin by using in commerce, without LED Technologies' permission, LED Technologies' REVIVE LIGHT THERAPY Marks in connection with the offering for sale and sale of Defendants goods and services, including developing, manufacturing, offering for sale products on the field of tanning and wellbeing.

56.     Defendants' actions, namely confusingly similar use of the Infringing RRLT Mark in connection with Defendants' goods, have caused and likely will continue to cause confusion and mistake, or to deceive consumers as to the affiliation, connection or association of LED Technologies and LED Technologies' REVIVE LIGHT THERAPY Marks with

-15-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

Defendants, and/or as to the origin, sponsorship or approval of Defendants' goods and/or services or Defendants' commercial activities in violation of 15 U.S.C. § 1125(a)(1)(A).

57.    Upon information and belief, Defendants acted and continue to act with the intent to misappropriate and to trade upon LED Technologies' reputation and goodwill by causing confusion and mistake among consumers and the public and to deceive the public into believing that Defendants' goods and/or services are associated with, sponsored by or approved by LED Technologies when, in fact, they are not.

58.    Upon information and belief, Defendants had actual knowledge of LED Technologies' ownership and prior use of the REVIVE LIGHT THERAPY Marks, and without the consent of LED Technologies, willfully violated 15 U.S.C. § 1125(a).

59.    Defendants, by their actions, have damaged LED Technologies' in an amount to be determined at trial.

60.    Defendants, by their actions, have irreparably injured LED Technologies, and such irreparable injury will continue unless Defendants are preliminarily and permanently enjoined by this Court from further violations of LED Technologies' rights, for which LED Technologies' has no adequate remedy at law.

61.    LED Technologies is entitled to, among other relief, injunctive relief and award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorney fees, and costs pursuant to Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116 and 1117, together with prejudgment and post-judgment interest.

-16-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## THIRD CAUSE OF ACTION

### [Trademark Infringement Under Arkansas Common Law]

62.    LED Technologies' hereby repeats, realleges, and incorporates by reference the foregoing paragraphs of this Complaint as though fully set forth herein.

63.    This Court has supplemental jurisdiction over this cause of action and has jurisdiction pursuant to 28 U.S.C. § 1338(b).

64.    Defendants' unauthorized use of Defendants' Infringing RRLT Mark is in a manner that is confusingly similar to LED Technologies' REVIVE LIGHT THERAPY Marks constitutes trademark infringement in violation of the common law of the state of Arkansas.

65.    By reason of Defendants' acts of trademark infringement, LED Technologies has suffered and will continue to suffer irreparable injury to the goodwill associated with LED Technologies' REVIVE LIGHT THERAPY Marks.

66.    The aforementioned acts constitute common law trademark infringement pursuant to Arkansas law.


67.    Defendants, by their actions, have irreparably injured LED Technologies, and such irreparable injury will continue unless Defendants are preliminarily and permanently enjoined by this Court from further violation of LED Technologies' rights, for which LED Technologies' has no adequate remedy at law.

-17-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## FOURTH CAUSE OF ACTION

### [Unfair Competition Pursuant to Arkansas Common Law]

68.    LED Technologies' hereby repeats, realleges, and incorporates by reference the foregoing paragraphs of this Complaint as though fully set forth herein.

69.    This Court has supplemental jurisdiction over this cause of action and has jurisdiction pursuant to 28 U.S.C. § 1338(b).

70.    Based on information and belief, Defendants have acted with the intent to deceive the public for the purpose of misappropriation of LED Technologies' goodwill and proprietary interest in LED Technologies' REVIVE LIGHT THERAPY Marks, which constitutes unfair competition under the common law of the State of Arkansas.

71.    Defendants have appropriated LED Technologies' goodwill and proprietary interest in LED Technologies' REVIVE LIGHT THERAPY Marks for the purposes of deceiving the public and thereby obtaining benefits belonging to LED Technologies, namely, Defendants have engaged in a course of dealing which leads, or is likely to lead, consumers into believing that the LED Technologies' goods and services branded by LED Technologies' REVIVE LIGHT THERAPY Marks are those of the Defendants.

72.    As a direct and proximate result of Defendants' willful and intentional actions, LED Technologies has suffered and will continue to suffer damages in an amount to be determined at trial and, unless Defendants are enjoined, LED Technologies will continue to suffer irreparable damage.

73.    LED Technologies has no adequate remedy at law.

-18-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## DEMAND FOR A JURY TRIAL

74.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby requests a jury trial on all issues triable by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.     That Defendants have violated §§ 15 U.S.C. 1114 and 1125(a);

2.     That Defendants have committed common law trademark infringement and unfair competition;

3.     That Defendants be required to pay monetary damages to LED Technologies, Inc. to the fullest extent permitted by law;

4.     That the Court render a final judgment declaring that Defendants have violated Arkansas Common Law by committing trademark infringement and unfairly competing with LED Technologies;

5.     That the Court render a final judgment declaring Defendants have violated Arkansas Common Law by unfairly competing with LED Technologies;

6.     That Plaintiff be granted permanent injunctive relief prohibiting Defendant from:

a.     using, in any and all capacities, Defendants' Infringing RRLT Mark, LED Technologies' REVIVE LIGHT THERAPY Marks, or any other confusingly similar mark, including but not limited to providing, offering for sale and/or selling, marketing, advertising, promoting or authorizing any third party to provide, sell, market, advertise or promote any goods or services bearing LED Technologies' REVIVE LIGHT THERAPY Marks, the "Revive" term

-19-

or any other mark that is a counterfeit, copy, simulation, confusingly similar variation or colorable imitation of LED Technologies' REVIVE LIGHT THERAPY Marks;

b.      engaging in any activity that infringes LED Technologies' rights in LED Technologies' REVIVE LIGHT THERAPY Marks;

c.      engaging in any activity constituting unfair competition with LED Technologies;

d.      making or displaying any statement, representation, or depiction that is likely to lead the public to believe that (i) Defendants' goods or services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with LED Technologies, or (ii) LED Technologies' goods or services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with Defendants;

e.      using or authorizing any third party to use any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devises or trade dress that falsely associate such business, goods and/or services with LED Technologies or tend to do so;

f.      seeking to register in any country, state or jurisdiction any mark, trade name or domain name whose use is prohibited through this requested injunction, including but not limited to the REVIVE LIGHT THERAPY Marks or the "Revive" term, whether as a word mark (with or without stylization) or a design mark, or any confusingly similar mark;

g.      Aiding, assisting or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (g).

-20-

7.    Granting such other and further relief as this Court may deem proper to prevent the public from deriving the false impression that the services offered for sale and/or sold, distributed, licensed, marketed, adverted, promoted or otherwise offered or circulated by Defendants are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with LED Technologies or constitute or are connected with Plaintiff's goods or services.

8.    Directing Defendants to immediately and permanently cease all manufacture, display, distribution, marketing, advertising, promotion, offer for sale and/or sale, and/or use of any and all packaging, labels, catalogs, containers, advertisements, signs and/or displays, and other materials that feature or bear any designation or mark incorporating the Infringing RRLT Mark, the "Revive" term or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of LED Technologies' REVIVE LIGHT THERAPY Marks, and to direct all individuals and establishments associated with Defendants wherever located in the United States that distribute, advertise, promote, offer for sale and/or sell Defendants' services to cease the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, catalogs, advertisements, signs, displays, and other materials featuring or bearing the Infringing RRLT Mark, LED Technologies' REVIVE LIGHT THERAPY Marks, the "Revive" term or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of LED Technologies' REVIVE LIGHT THERAPY Marks, and to immediately remove them from the public access and/or view.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

9.      Directing Defendants to, within 10 days of the Court's entry of final judgment, destroy all advertisements, promotions, signs, displays and related materials incorporating or bearing the Infringing RRLT Mark, the "Revive" term or any other mark that is a counterfeit, copy, confusingly similar variation or colorable imitation of LED Technologies' REVIVE LIGHT THERAPY Marks.

10.      Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendants to file with this Court and serve upon counsel for LED Technologies' within thirty (30) days after service on Defendants of an injunction in this action, or such extended period as the court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied therewith.

11.      That LED Technologies be awarded damages associated with Defendants' past use and infringement of LED Technologies' REVIVE LIGHT THERAPY Marks, and/or disgorgement of profits, donations and other benefits, including but not limited to three times Defendant's profits, or three times the damages sustained by LED Technologies as a result of Defendant's conduct;

12.      For reasonable attorney's fees incurred herein to the extent permitted under the law;

13.      For costs of this suit incurred herein, and

14.      For such other relief as this Court may deem just and proper.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

Respectfully submitted,

**QUATTLEBAUM, GROOMS & TULL, PLLC**

By:

Michael N. Shannon (Ark. Bar No. 92186)
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: 501-379-1700
Facsimile: 501-379-1701
Email: mshannon@qgtlaw.com

and

**SNEED PLLC**

Megan Elizabeth Sneed *(to be admitted pro hac vice)*, North Carolina Bar No. 38525
Jason M. Sneed *(to be admitted pro hac vice)*, North Carolina Bar No. 29593
428 South Main Street, Suite B-175
Davidson, NC 28036
Telephone: 844-786-3347
Email: msneed@sneedlegal.com
Email: jsneed@sneedlegal.com
Email: litigation@sneedlegal.com

*Attorneys for Plaintiff LED Technologies, Inc.*

-23-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

## VERIFICATION

I, LLOYD NELSON, Chief Executive Officer for LED Technologies, Inc., state that I
have read the foregoing Verified Complaint and know the contents thereof, and that the factual
information contained therein is true to my knowledge, except as to the matters stated on
information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

_____
LLOYD NELSON

-24-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LED TECHNOLOGIES, INC.**, a Delaware corporation; | Case No. _____ |
| Plaintiff, | **EXHIBIT A** |
| v. | **VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| **JK-HOLDING GMBH**, a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH"); **JK PRODUCTS & SERVICES, INC.**, an Arkansas for-profit corporation, and **JK AMERICA, INC.**, an Arkansas for-profit corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

ESTTA Tracking number: **ESTTA1410481**

Filing date: **01/24/2025**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91290375 |
| Party | Defendant<br>JK-Holding GmbH |
| Correspondence address | KATRIN LEWERTOFF<br>LEWERTOFF IP LAW GROUP, LLC<br>2 PARK AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10016<br>UNITED STATES<br>Primary email: klewertoff@liplg.com<br>203-851-2242 |
| Submission | Withdrawal Of Application |
| Filer's name | Katrin Lewertoff |
| Filer's email | klewertoff@liplg.com |
| Signature | /KL/ |
| Date | 01/24/2025 |
| Attachments | IPRK001USL REVIVE withdrawal of application.pdf(109406 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

|  |  |  |
|---|---|---|
| LED Technologies Inc., | : | Opposition No: 91290375 |
| | : | |
| Opposer, | : | |
| | : | |
| v. | : | |
| | : | |
| JK-Holding GmbH, | : | |
| | : | |
| Applicant. | : | |

## APPLICANT'S WITHDRAWAL OF APPLICATION

Applicant, JK-Holding GmbH, by and through its undersigned attorney, hereby withdraws U.S. Trademark Application Serial Number 79358497.

Respectfully submitted,

Dated: January 24, 2025

By: /Katrin Lewertoff/
    Katrin Lewertoff
    Lewertoff IP Law Group, LLC
    2 Park Avenue, 20th Floor
    New York, New York 10016
    klewertoff@liplg.com
    *Attorney for Applicant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Withdrawal of Application

is being served on counsel of record for Opposer, LED Technologies Inc., by forwarding said

copy on January 24, 2025, to its counsel of record, via email to jsneed@sneedlegal.com,

msneed@sneedlegal.com, litigation@sneedlegal.com.


/Katrin Lewertoff/
Katrin Lewertoff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **LED TECHNOLOGIES, INC.**, a Delaware corporation; | Case No. _____ |
| Plaintiff, | |
| v. | **EXHIBIT B** |
| | **VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| **JK-HOLDING GMBH**, a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH"); **JK PRODUCTS & SERVICES, INC.**, an Arkansas for-profit corporation, and **JK AMERICA, INC.**, an Arkansas for-profit corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

ky

January 24, 2025

Opposition No. 91290375

*LED Technologies Inc.*

*v.*

*JK-Holding GmbH*

**By the Trademark Trial and Appeal Board:**

On January 24, 2025, Applicant filed an abandonment of its application Serial No. 79358497.

Trademark Rule 2.135 provides that if, in an *inter partes* proceeding, the Applicant files an abandonment without the written consent of every adverse party to the proceeding, judgment shall be entered against Applicant.

In view thereof, and because Opposer's written consent to the abandonment is not of record, judgment is entered against Applicant, the opposition is sustained and registration to Applicant is refused.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| **LED TECHNOLOGIES, INC.**, a Delaware corporation; | Case No. _____ |
| Plaintiff, | **EXHIBIT C** |
| v. | **VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| **JK-HOLDING GMBH**, a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH"); **JK PRODUCTS & SERVICES, INC.**, an Arkansas for-profit corporation, and **JK AMERICA, INC.**, an Arkansas for-profit corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |









QUICK START GUIDE
Revive PRO IR Laydown





# TABLE OF CONTENTS

**Product Description:**

The REVIVE PRO IR Laydown is the first of its kind to offer infrared and red-light LED technology for the entire body. Easy to use and accessible this cutting-edge technology comes together with form and function to create an in-demand service for skincare, personal optimization and recovery.

The REVIVE PRO IR Laydown is a stand-alone treatment option that provides a range of benefits for your client.

- **Red Light Technology**

  Definition
  How it works
  Light Spectrum & Revive PRO IR
  Four Requirements For Efficacy

- **Features & Benefits**

  Red Light & Wellness
  Wellness Benefits & Features

- **Technical Summary**

- **Marketing & Social Media**

- **FAQ**

# What Is Red Light Therapy?

**Definition:**

It's the application of specific wavelengths of light – tissue to obtain therapeutic benefits.

Originally developed by NASA for astronauts who could become injured or ill on long-term space missions, light emitting diode (or LED) therapy is used today as a safe and natural method of treatment for a variety of skin and pain conditions including acne, wrinkles, aging skin, chronic pain, and wound healing.

**How it works:**

Think of it as photosynthesis for our animals... Light is absorbed by our cells and increases ATP.

Adenosine Triphosphate (ATP) is an energy-carrying molecule found in the cells of all living things. ATP captures energy obtained from the light and releases it to fuel other cellular processes. It creates a cascade of metabolic events resulting in biochemical & cellular changes and promotes cell renewal and repair.



# Red Light & Infrared

**Light Spectrum:**

Different wavelengths reach different cell types at different tissue depths. The Revive PRO IR Laydown uses three different lights with LED technology: Red 630 and 660 nm, and Near Infrared 850 nm. In addition full body red light is achieved through low pressure light technology and emits between 630 and 680 nm.

Working simultaneously to manage a variety of skin and musculoskeletal conditions, the perfect combination of these three light spectrums ensures that light-absorbing molecules will respond to the different wavelengths of light energy, resulting in a targeted increase in cellular activity at different tissue depths.

RED LIGHT    INFRARED LED



LEGS
33j/cm²

TORSO
33j/cm²

FACE
27j/cm²

Measurements based on 20 minute session time.

**Four Requirements For Efficacy:**

There are four keys to a successful light therapy treatment:  Specific  wavelengths, treatment time and frequency, energy delivered, and proximity to the skin.

Over a century of expertise in light-emitting technologies has led us to produce perfectly sized and balanced equipment, delivering the right amount of energy and light to the skin for the best results.

# Red Light & Wellness

## DISCOVER THE TRANSFORMATIVE POWER OF RED-LIGHT

This innovative solution harnesses the potential of LED technology delivering red and infrared light to create a revitalizing experience.

## Advanced Red Light + Infrared Light Technology:

Emulate nature's energy conversion process with light-absorbing cells, enhancing cellular processes and promoting cell renewal.

### Wellness Maintenance:

Regular use can contribute to overall wellness by promoting a healthy body and mind. This technology will offer your customers a wide range of benefits and make you business an essential pillar in their welllnesss routine.

### Enhanced Circulation:

Stimulates blood flow, promoting better circulation throughout the body, which can aid in relieving muscle tension and reducing the risk of vascular issues.

 **Mind & Body** | Rejuvenation for the mind & body

 **Skin Tone** | Improves skin tone and texture

 **Cellular Turnover** | Increases full body cellular turnover

 **Recovery** | Aids in recovery

 **Anti-Aging** | Anti-Aging for the entire body



# Comfort & Wellness Benefits

**Total LED**
True red light LED
for the total body

**Near Infrared**
Near Infrared for
total body

**Operations**
Hygienic, easy to
clean and operate

**Comfort**
Comfort cooling
air circulation

**Intuitive**
Simple, user-friendly
control panel

**Med Spa Design**
Professional, styling
and aesthetic



# TECHNICAL
## SUMMARY

**REVIVE PRO-IR LAYDOWN**

| LIGHT TECHNOLOGY | | |
|---|---|---|
| | MANUFACTURING NUMBER | 100003977 |
| | Service Time | User time can range from 5 to 60 Minutes 10-20 minute services are most common |
| | Technology | Revive PRO-IR LED Technology |
| | Light Output | 4,416 Red-Light & Infrared-Light LED´s Base 1,536 LED´s Canopy 2,880 LED´s 630 I 660 I 850 nm wavelenghts |

| BENEFITS | | |
|---|---|---|
| | Benefits | - Rejuvenation for the mind & body <br> - Improves skin tone and texture <br> - Increases full-body celluar turnover <br> - Aids in recovery <br> - Anti Aging for the entire body |

| TECHNICAL SPECS | | |
|---|---|---|
| | Dims closed (LxWxH in inch) Dims open (LxWxH in inch) | 85.03 x 36.42 x 38.23 85.03 x 44.01 x 48.66 |
| | Unit Footprint (LxWxH in inch) Room size rec. (LxWxH in inch) | 94.50 x 59.05 9 x 7 |
| | Weight | 350 lb |
| | Max. power consumption | 1600 W |
| | Volt \| Amp \| Breaker | 240V I Single: 9 I 20 amps |

# TECHNICAL SUPPORT

**If the REVIVE PRO will not Power up.**

- Check the plug to the control console is secure and check the unit is plugged into an electrical outlet.
- Check the power outlet using another item, e.g., a lamp
- If the unit still has no power - call 1 (888)-771-0996 and ask for support.

**If REVIVE PRO does not respond to controls.**

- First turn the main power switch off
- Wait five seconds
- Then switch back on
- If the problem persists call 1 ((888)-771-0996 and ask for support.

**For assistance in setting up, using, or maintaining your REVIVE PRO, or to report unexpected operation or events.**

**Call 1 (888)-771-0996 and ask for support.**

# MARKETING RESOURCES +
# SOCIAL MEDIA

### JK MARKETING TOOL

The JK marketing tool offers resources for your business that you can use on social media, for your website and for printing.  Visit jkmarketingtool.us to get started.

### DIGITAL MEDIA & MARKETING KIT

Included with purchase, you will recevie a comprehensive collection of images, social media content, sales card, visual merchandising, promotional posters, quick-start guides and videos to promote your new equipment and products from JK.

For more information on how to access the kit and download the resources,  reach out to your sales representative, or contact us at marketing@jkamerica.com

### JK ACADEMY

At JK Academy, you will find educational courses, webinars and video tutorials about various JK Equipment & products. Here you can learn about preventive maintenance, the latest technology from JK Products and so much more.

Visit jkacademy.us for more information or contact marketing@jkamerica.com for webinar and training requests.



# REVIVE PRO IR Laydown
## FREQUENTLY ASKED QUESTIONS

### WHAT IS RED LIGHT TECHNOLOGY?

Red Light Technology is an application of red light to the entire body for recovery and rejuvenation. The benefits of red light were originally discovered by NASA to help astronauts effectively recover and recharge their bodies in space. Red Light is defined on the visible light spectrum in wavelength measuring from 630-680 nanometers, which is the precise wavelength used in the Red-Light Technology series by Revive.

### IS RED LIGHT SUITABLE FOR ANYONE?

The Red Light treatment is suitable for all skin types. People with low blood pressure or who are pregnant, suffer from epilepsy or increased light sensitivity, or are on medication that causes increased light sensitivity (e.g. antibiotics or St. John's Wort) should, however, refrain from the treatment and consult with their physician. For the first treatment a lower dose is recommended, to test for any adverse reaction.

### WHAT ARE THE BENEFITS OF RED-LIGHT TECHNOLOGY?

**Revive** I Reduce Fine Lines & Wrinkles
**Recover** I Proven Relief for Aches & Pains
**Rejuvenate** I Improves Skin Tone & Texture

### HOW LONG IS EACH TREATMENT/SESSION?

The treatment should last between 10-20 minutes on average. The best results are obtained from 20 minute session. We recommend a break of 48 hours between treatments.

### DO I NEED TO PROTECT MY EYES?

Because of the bright light you should keep your eyes closed during the treatment. Wearing eyewear or sunglasses helps to make the process more comfortable.

### CAN I HAVE A RED-LIGHT SESSION AFTER OR DURING A PERMANENT HAIR REMOVAL TREATMENT?

Permanent hair removal (laser, JPL) is carried out using a substantial input of light energy in the form of strong light beams. This irritates the skin and causes a change in its light tolerance. For safety reasons, for at least 48 hours before and at least 48 hours after light-based hair removal you should not be exposed to any red-light treatment.



**JK Products & Services**
411 West Washington Ave.
Jonesboro, Arkansas
888.771.0996

sales@jkamerica.com

w e l l n e s s j k . c o m

# **well**system

ABOUT    RED LIGHT TECHNOLOGY    AUTOMATED MASSAGE    CONTACT US



## Renew with Redwave



Discover the transformative power of our cutting-edge Red-Light Technology in the Revive Series, meticulously engineered to redefine your well-being. Our innovative solution harnesses LED technology and infrared light, delivering measured and consistent light throughout the body, for a relaxing and rejuvenating experience.

REDWAVE LAYDOWN

REDWAVE STANDUP



The Redwave Standup is the first of its kind to offer infrared and red-light LED technology for the entire body.



Easy to use and affordable, this cutting-edge technology comes together with form and function to create an in-demand service for skincare, personal optimization, and recovery.

## Technology ─

| Service Time | 12 Minutes |
|---|---|
| Technology | Redwave IR LED Technology |
| Light Output | 32 x 200 W Beauty Lights (1,000 h)* 630 to 600 nm wavelengths & 600 Red Light & Infrared-Light LEDs 630 | 660 | 850 nm wavelengths |
| Other Technologies | Vibrashape Plate |

## Benefits ＋

## Comfort & Features ＋

## Technical Specs ＋

The Redwave Standup Unit combines the power of Red

Light, Near Infrared, and Vibrashape technologies to create an ideal environment for those seeking health and wellness benefits.



Its efficient session time, coupled with the energizing effects of Red Light, makes it the perfect choice for pre-activity preparation or active recovery after a workout.

For a more in-depth look at the technical specifications and to explore the full capabilities of the Redwave Standup Unit, we invite you to refer to our detailed product brochure. Discover how this innovative technology can elevate your wellness journey to new heights

CLICK HERE







The innovative REVIVE PRO-IR Lounge System is a valuable addition to your business.



The REVIVE PRO-IR Lounge Systems offers professional-grade light treatment services for a wide range of benefits, including acne treatment, anti-aging solutions for both the face and body. Here are some key features:

## Technology                                                                 —

| Service Time | 30 Minutes |
|---|---|
| Technology | Revive PRO-IR LED Technology |
| Light Output | (2) units, each equipped with 345 Blue, Red & Infrared- Light LEDs 465 \| 640 \| 880 nm wavelengths |
| Other Technologies | N/A |

## Benefits                                                                   +

## Comfort & Features                                                         +

## Technical Specs                                                            +

The REVIVE PRO-IR Lounge System harnesses the power of multiple wavelengths to reach different cell types at varying tissue depths, making it suitable for various treatment protocols.



For a detailed look at the technical specifications and a comprehensive overview of how the REVIVE PRO-IR Lounge System can benefit your business and clientele, please refer to our product brochure. Explore the transformative potential of this cutting-edge technology and see how it can enhance your service offerings

CLICK HERE



Introducing the Redwave Laydown, a groundbreaking innovation that sets the standard for full-body care.



## Technology  —

| Service Time | 15 to 45 Minutes |
|---|---|
| Technology | Redwave IR LED Technology |
| Light Output | 4,416 Red-Light & Infrared-Light LEDs Base 1,536 LEDs Canopy 2,880 LEDS 630 \| 660 \| 850 nm wavelengths |
| Other Technologies | N/A |

## Benefits  +

## Comfort & Features  +

## Technical Specs  +

The Redwave Laydown is the first of its kind to offer infrared and red-light LED technology for the entire body.



For a comprehensive look at the technical specifications and the profound impact the Redwave Laydown can have on your business and clients' well-being, please refer to our product brochure. Discover how this cutting-edge technology combines form

and function to create an in-demand service that will elevate your offerings. Click to explore the transformative potential of this innovation.

CLICK HERE



# START YOUR JOURNEY WITH WELLSYSTEM

**CALL US**

888-771-0996

**QUESTIONS? EMAIL US**

wellsystem@jkamerica.com

**JK PRODUCTS & SERVICES**

1823 Grant Ave A, Jonesboro, AR 72401

**CLICK TO VIEW OUR PRODUCT CATALOG**

| First | Last | Bus | Stat | Ema | Phc | Hov |
|-------|------|-----|------|-----|-----|-----|

Notes

Send

© Copyright 2025 All Right Reserved    Terms and Conditions



**well**system     ABOUT     RED LIGHT TECHNOLOGY     AUTOMATED MASSAGE     CONTACT US

# Renew with Redwave

Discover the transformative power of our cutting-edge Red-Light Technology in the Revive Series, meticulously engineered to redefine your well-being. Our innovative solution harnesses LED technology and infrared light, delivering measured and consistent light throughout the body, for a relaxing and rejuvenating experience.

[ REDWAVE LAYDOWN ]     [ REDWAVE STANDUP ]



## The Redwave Standup is the first of its kind to offer infrared and red-light LED technology for the entire body.



Easy to use and affordable, this cutting-edge technology comes together with form and function to create an in-demand service for skincare, personal optimization, and recovery.

### Technology                                                    —

| | |
|---|---|
| Service Time | 12 Minutes |
| Technology | Redwave IR LED Technology |
| Light Output | 32 x 200 W Beauty Lights (1,000 h)* 630 to 600 nm wavelengths & 600 Red Light & Infrared-Light LEDs 630 | 660 | 850 nm wavelengths |



| Other Technologies | Vibrashape Plate |
| --- | --- |

**Benefits**                                                          +

**Comfort & Features**                                          +

**Technical Specs**                                              +

The Redwave Standup Unit combines the power of Red Light, Near Infrared, and Vibrashape technologies to create an ideal environment for those seeking health and wellness benefits.



Its efficient session time, coupled with the energizing effects of Red Light, makes it the perfect choice for pre-activity preparation or active recovery after a workout.

For a more in-depth look at the technical specifications and to explore the full capabilities of the Redwave Standup Unit, we invite you to refer to our detailed product brochure. Discover how this innovative technology can elevate your wellness journey to new heights.

CLICK HERE



Introducing the Redwave Laydown, a groundbreaking innovation that sets the standard for full-body care.





**Technology**                                                     −

| Service Time | 15 to 45 Minutes |
| --- | --- |
| Technology | Redwave IR LED Technology |
| Light Output | 4,416 Red-Light & Infrared-Light LEDs Base 1,536 LEDs Canopy 2,880 LEDS 630 \| 660 \| 850 nm wavelengths |
| Other Technologies | N/A |

**Benefits**                                                          +

**Comfort & Features**                                          +

**Technical Specs**                                              +



The Redwave Laydown is the first of its kind to offer

infrared and red-light LED technology for the entire body.





For a comprehensive look at the technical specifications and the profound impact the Redwave Laydown can have on your business and clients' well-being, please refer to our product brochure. Discover how this cutting-edge technology combines form and function to create an in-demand service that will elevate your offerings. Click to explore the transformative potential of this innovation.

CLICK HERE

## START YOUR JOURNEY WITH WELLSYSTEM

📞 **CALL US**
888-771-0996

✉ **QUESTIONS? EMAIL US**
wellsystem@jkamerica.com

📍 **JK PRODUCTS & SERVICES**
1823 Grant Ave A, Jonesboro, AR 72401

📖 **CLICK TO VIEW OUR PRODUCT CATALOG**

First Name | Last Name

Business/Personal | State

Email | Phone

How Did You Hear About Us?

Notes

Send

© Copyright 2025 All Right Reserved

Terms and Conditions

SUNSHINE SUNSHINE SUNSHINE SUNSHINE SUNSHINE
& SERENITY EXPO   & SERENITY EXPO   & SERENITY EXPO   & SERENITY EXPO   & SERENITY EXPO



**ERGOLINE** JK PRODUCTS **WELLNESS** JK SUN **LYNC** JK SHOP BLOG

**Campaign with Confidence at Ergoline's Election Glow Up in Nashville this November 2nd-3rd 2024 | Click to Register!**



# ELEVATE YOUR EVERYDAY

Your Partner In Tanning And Wellness Technology - Quality Manufacturing For Over A Century

*Ergoline*

wellsystem

# wellsystem
## RedWave



**ENHANCE YOUR SKIN JOURNEY**

**ENHANCE YOUR SKIN JOURNEY**

Explore and shop for lamps and products from JK, carefully curated to enhance, elevate and maintain your business.

Explore and shop for lamps and products from JK, carefully curated to enhance, elevate and maintain your business.

JK SHOP

*Ergoline*

well system

# REVIVE PRO
## RED LIGHT TECHNOLOGY



# *Ergoline*

## DISCOVER THE FUTURE OF TANNING

Pure relaxation, natural tan,
and effective skincare.

Discover what Ergoline has to offer.
Because your skin deserves the best.

**LEARN MORE**



The Wellsystem Wave offers an
unmatched sensory massage
experience through groundbreaking innovation. Its rhythmic water movement and customizable pressure
provide deep relaxation, redefining wellness.

The Wellsystem Wave offers an
unmatched sensory massage
experience through groundbreaking
innovation.
Its rhythmic water movement and
customizable pressure provide
deep relaxation, redefining wellness.

**LEARN MORE**





# **well**system
## RedWave

Meticulously engineered to redefine
your well-being.
Our Red Light solutions offer a
revitalizing experience in multiple
configurations. Experience the
power of science and technology
working harmoniously to elevate
your mind and body.

LEARN MORE

# SERVICE & TECH SUPPORT

## LARGEST SERVICE SUPPORT FOR JK EQUIPMENT NATIONWIDE

JK Global Service provides technical customer service, both within and beyond the warranty period in the JK Group for Wellsystem, Revive, Ergoline, Beauty Angel, SunAngel, and Soltron brands. We also supply replacement parts, technical documentation, training, and technical support for all subsidiaries and distributors worldwide.

You can find out more by visiting the JK- Global Service Website.

SERVICE TECH SUPPORT



1823 Grant Ave Ste A,
Jonesboro, AR 72401, USA

## JK

About

Contact

JK Shop

Sunlync

WellnessJK

## DEPARTMENTS

JK Parts

## BRANDS

Ergoline

Wellsystem

Revive

## RESOURCES

JK Blog

JK Events

JK Marketing Tool

JK Terms Application

JK ACH Authorization



JK Service Support

JK Service Training

**STAY IN TOUCH!**

Keep up to date with the latest events and news from across all brands with JK Products & Services.

Sign-up for Updates

© COPYRIGHT 2024 ALL RIGHT RESERVED     TERMS AND CONDITIONS





## JK PRODUCTS & SERVICES

411 W. Washington Ave. Ste. B
Jonesboro, AR 72401

### STAY IN TOUCH!

Keep up to date with the latest events and news from across
all brands with JK Products & Services.

Sign-up for Updates

| PRODUCTS | RESOURCES | DEPARTMENTS |
|---|---|---|
| ERGOLINE | JK MARKETING TOOL | JK SERVICE |
| WELLNESSJK | JK BACK TO BUSINESS | JK LIGHT |
| SOLTRON | JK ACADEMY | JK PARTS |
| SUNLYNC | JK LEASING | |
| BEAUTY ANGEL | | |
| SUNANGEL | | |
| DYNAMIX | | |
| FUSION | | |

© 2021 ALL RIGHTS RESERVED

https://jkproducts.us/blog/

August 8, 2025 at 2:09 PM MDT

SUNSHINE & SERENITY EXPO    SUNSHINE & SERENITY EXPO    SUNSHINE & SERENITY EXPO    SUNSHINE & SERENITY EXPO    SUNSHINE & SERENITY EXPO

ERGOLINE    JK PRODUCTS    WELLNESSJK    SUNLYNC    JK SHOP    BLOG

PRODUCTS ▾    SERVICE & PARTS    ABOUT    **JK**    CONTACT    RESOURCES    BLOG

SOLCONNECT

*Ergoline*    **well**system    REVIVE PRO
RED LIGHT TECHNOLOGY



### THE WELLNESS INDUSTRY DUNN RIGHT

The Wellness Industry Dunn Right, featuring co-writer Andy Dunn of JK...

**READ MORE**



### BOOST BUSINESS WITH FITNESS RECOVERY

In the constantly evolving world of fitness, recovery is as crucial...

**READ MORE**



### KEEP YOUR GLOW GOING: TANNING ESSENTIALS FOR WINTER-TO-SPRING

Keep Your Glow Going: Tanning Essentials for Winter-to-Spring As the last...

**READ MORE**



### THE EVOLUTION OF ERGOLINE

Born from a small workshop in Eitorf, Germany, the Ergoline brand...

**READ MORE**



### ERGOLINE ELECTION GLOW UP RECAP

This past weekend: Nashville, TN played host to the highly anticipated...

**READ MORE**



### MEDITATION AND WELLNESS: FIND YOUR INNER PEACE THIS OCTOBER

As October arrives, we come to expect a few seasonal staples...

**READ MORE**



### ERGOLINE'S ELECTION GLOW UP: JOIN US IN NASHVILLE!

At Ergoline, we believe that confidence is key! Shake off the...



### ILLUMINATE YOUR SALON EXPERIENCE; CUSTOMIZED ROOM DESIGN WITH VITALITY BY ERGOLINE



### ELEVATE THE PATH OF WELLNESS WITH JK AT ISPA 2024

Elevate your spa and wellness center with our

READ MORE

Welcome to the next generation of tanning technology, where innovation meets...

READ MORE

cutting-edge recovery and...

READ MORE



### WELLSYSTEM: RELAXATION FOR BODY AND SOUL

In today's fast-paced world, back problems and stress have become all...

READ MORE



### EXPLORING WELLNESS: JK AT IHRSA 2024

Last week at IHRSA 2024 in Los Angeles, California; visitors entered...

READ MORE



### EXPERIENCE AUTOMATED RECOVERY & WELLNESS SOLUTIONS FOR YOUR BUSINESS

Are you ready to take your fitness and wellness center to...

READ MORE



### REVIVE PRO IR SERIES: REDEFINING WELLNESS WITH INNOVATIVE RED LIGHT TECHNOLOGY

In the fast-paced world we live in, finding time to relax...

READ MORE



### LEAVE THE WORLD BEHIND AND ENTER A REALM OF UNPARALLELED IMMERSION WITH WELLSYSTEM WAVE

The Ultimate Relaxation: Wellsystem Wave redefines wellness through innovation. This automated...

READ MORE



### EMBRACING FALL WITH HYBRID LIGHT TECHNOLOGY VITALITY TANNING BEDS

As the autumn leaves begin to fall and the sun's embrace...

READ MORE



### WHAT'S THE TEA ABOUT RED LIGHT?

Red Light Technology has gained popularity in recent years due to...

READ MORE



### GET THE INSIDE SCOOP ON VITALITY BY ERGOLINE...

JK is proud to kickoff 2023 with our first exclusive Ergoline...

READ MORE



### A PERFECT VALENTINE'S DAY GLOW... VITALITY BY ERGOLINE

Valentine's Day is almost here and it's the perfect time to...

READ MORE



### HOW TO PROLONG YOUR VITALITY TAN THIS WINTER

t's that time of year again. It's cold, snowing or raining,...



### 4 WINTER SKINCARE TIPS FOR TANNING

Get ready to GLOW in 2023 with these four easy steps!...

READ MORE



### WARM UP WITH RED LIGHT

What is Red Light and what exactly can it do for...

READ MORE

READ MORE    READ MORE








### REVITALIZE YOUR SENSES WITH THE WELLSYSTEM WAVE MASSAGE

The Wellsystem Wave is more than just a hydro-jet massage. It's...

**READ MORE**

### INTRODUCING THE NEW VITALITY SERIES BY ERGOLINE

Here at JK, we are determined to bring our customers the...

**READ MORE**

### 5 WAYS TO STAY ENGAGED DURING THE OFF-SEASON

You may be missing the fast, frenetic pace of the busy...

**READ MORE**





### EXPERIENCE ERGOLINE SUMMER CONVERSATIONS

It's common knowledge that when a business name is top of...

**READ MORE**

### EXPERIENCE ERGOLINE RECAP

On May 5-7, JK Products & Services and Devoted Creations co-sponsored...

**READ MORE**

### THE WORLD'S FIRST

Total Light Technology represents a new era in combined UV and...

**READ MORE**





### A STRONG MOVE

The entire JK team appreciates the support of Tan Marketing over...

**READ MORE**

### EXCLUSIVE SALON SPOTLIGHT – TOTALLY TAN & SPA

Scattered across southeast Minnesota, discover a wealth of ultimate body tanning...

**READ MORE**

### ALL IN ONE: THE WAYS JK PRODUCTS & SERVICES SUPPORTS YOU

From an outsider's perspective, JK Products & Services can be seen...

**READ MORE**





### 3 TIPS TO CLOSE OUT YOUR BUSY SEASON: MAINTAIN YOUR ENGAGEMENT AND TRAFFIC TO YOUR BUSINESS!

What if I told you that veterans of the tanning industry...

**READ MORE**

### EXCLUSIVE SALON SPOTLIGHT: TANNING OASIS

We sat down with Lewis McAllister, owner and operator of Tanning...

**READ MORE**

### EQUIPMENT SERVICE ADVANCEMENTS

Author: Jarrod Rouanzoin As the technology in equipment advances, so does...

**READ MORE**







### NEXT LEVEL TANNING EXPERIENCE

If you are seeking a more natural looking tan that lasts...

**READ MORE**

### INTRODUCING JK ACADEMY

Author: MaryKate Reid JK Products & Services is excited to announce...

**READ MORE**

### A LOOK BACK AT EXPERIENCE ERGOLINE

Take a look back at the biggest virtual event from JK...

**READ MORE**







### CHANGING THE GAME

When the rest of the world went to sleep, we went...

**READ MORE**

### EXPERIENCE ERGOLINE

The idea of missing out on an industry show for 2020...

**READ MORE**

### #TRAVELWITHERGOLINE – BRINGING THE WORLD TOGETHER THROUGH A TAN

We wanted a way for our salons and their customers to...

**READ MORE**







### REWRITE THE BOOK ON SUCCESS

The last couple of months have been challenging to say the...

**READ MORE**

### THE JK MARKETING TOOL

Introducing the all new Ergoline Marketing Tool. The go-to resource for...

**READ MORE**

### A NATURAL SOLUTION – BREATHE BETTER

Invest in your respiratory health through wellnessJK.

**READ MORE**







### ADAPT & DRIVE

Finding productive things to do during this time is not only...

**READ MORE**

### TIME TO MOVE...TIME TO BE STILL

By Alisa Anderson   During this time of year, people begin...

**READ MORE**

### HEALTHY CUSTOMERS, HEALTHY EQUIPMENT

We all want to maintain a healthy balance in our lives....

**READ MORE**

### KEEP YOUR "2020" VISION

By Victoria Eckert We have made it! 2020. A new decade!...

### SUSTAINING EXCELLENCE – LEADING TODAY, CREATING TOMORROW

### LAMPS, LOTIONS, LUCASOL & FALL SPECIALS

If you are a salon owner and or a regular tanner...

READ MORE

An evolving industry requires a flexible, yet direct strategy for the...

READ MORE

READ MORE

### THE RIGHT TIME? NOW!

Leaving your comfort zone and the fear of change can be...

READ MORE

### NEW PARTNERSHIPS, NEW EQUIPMENT, NO PAYMENTS UNTIL 2020

What if I told you that it was even easier to...

READ MORE

### RELAX ON THE GO

When was the last time you relaxed? Maybe you sat down...

READ MORE

### SUNLYNC'S NEWEST SERVICE

Let SunLync handle your database and the security and maintenance that...

READ MORE

### INTRODUCING HYBRID PERFORMANCE BY ERGOLINE

As a salon owner, have you ever wondered what the next...

READ MORE

### WHAT THE BEST DO BETTER

What is it that sets a regular business owner apart from...

READ MORE

### "WHY, HOW, WHAT NOW?"

Implementing your vision comes down to the gritty and unglamorous details...

READ MORE

### THE WORK OF "HOW"

'Why' and 'How' individuals make great business partners, but even greater...

READ MORE

### THE CHURCH OF "WHY"

New converts in your church of 'Why' are those who believe...

READ MORE

### JOIN US AT THE NATIONAL TANNING EXPO ON JANUARY 19TH-20TH

Come see the newest trends in tanning and wellness brought to...

READ MORE

### PANEL OF EXPERTS SERIES: BOBBY WAGNER OF JK LIGHT

Lamp performance is the key to your salon's success and a...

READ MORE

### PANEL OF EXPERTS SERIES: KEVIN HART OF JK GLOBAL SERVICE

During the busy holiday season, everyday items like cleaning, and maintenance...

READ MORE

### PANEL OF EXPERTS SERIES: MELISSA DAMIANI OF SUNLYNC

Series 1: Panel of Experts Software Management with Melissa Damiani, Sunlync

READ MORE

### PANEL OF EXPERTS

Hear best practices from industry experts to get your business ready...

READ MORE

### PEOPLE POWERED

Most importantly, FOCUS ON WHAT YOU CAN CONTROL – this includes...

READ MORE

### DON'T HIT SNOOZE

Don't Hit Snooze just because you think operational performance is boring!...

READ MORE

### DON'T SWEAT IT.

You've heard the term "don't sweat the small stuff." During the...

READ MORE

### HAPPY BIRTHDAY!

Ergoline turns 30! It's a birthday worth celebrating! For over 30...

READ MORE

### WORLD OF ERGOLINE: FITNESS

In the World of Ergoline, fitness is an important part of...

READ MORE

### ENJOY THE SUNSHINE: VITAMIN D

Contrary to popular belief, the benefits of sunlight combined with a...

READ MORE

### THE CRUCIBLE EXPERIENCE

The Crucible Experience: Leaders are made in the trenches, not in...

READ MORE

### SOMETHING FROM NOTHING

Even if you've come through a challenging season in your business...

READ MORE

### MAKING SPIRITS BRIGHT: VITAMIN D

As temperatures drop and we all start spending more time inside...

READ MORE

### GOOD > PERFECT

Good > Perfect If you are anything like me, your days...

READ MORE

### TAKE FLIGHT WITH YOUR ERGOLINE PASSPORT

Our sincerest of thanks for an amazing weekend at

### PERSONAL BRAND MANAGEMENT

Whether you think of yourself as a "brand" or not,

### WELCOME TO THE WORLD OF ERGOLINE

Welcome to the World of Ergoline We are thrilled

Smart Tan...

**READ MORE**

It's...

**READ MORE**

to...

**READ MORE**

### THE PERFECT BRAINSTORM

Recently, two books have come across my desk, and they both...

**READ MORE**

### BEACH BODY

At Ergoline, we believe EVERY BODY IS A BEACH BODY!

**READ MORE**



### ON THE OTHER SIDE OF FEAR

While much has been said, written about and deliberated...

**READ MORE**



### COOL FOR THE SUMMER

Summer is Here... It's the first official week of Summer and...

**READ MORE**

### THE BALANCING ACT

Is achieving work-life balance a myth? As we come to the...

**READ MORE**

### BATTLING BURNOUT

"So remember your spark, roll your shoulders back and create some...

**READ MORE**



### NEW ERGOLINE CATALOG-2016

As we welcome the weekend, you're invited to take a look...

**READ MORE**



### ESCAPING THE COMFORT ZONE

Those who are collaborative and open will be poised for growth....

**READ MORE**



### SPEND SOME TIME...WITH ERGOLINE

It's the first day of a new month and...

**READ MORE**



### SHINE YOUR LIGHT

Our final preview in the series is the industry exclusive Sun...

**READ MORE**



### SEIZE THE DAY WITH THE SUNRISE SERIES!

Take a look at our second sneak peak in the upcoming...

**READ MORE**



### LOVE IS IN THE AIR...WITH THE AFFINITY SERIES

Enjoy a sneak peak at a brand new look for the...

**READ MORE**



### WELCOME TO SOLCONNECT

SolConnect is a brand new blog dedicated to bringing the best...

**READ MORE**

### WELCOME TO SOLCONNECT BY JK!

SolConnect is a brand new blog dedicated to bringing the best...





**READ MORE**



**TRANSITIONS IN UX DESIGN**

The term minimalism is also used to describe a trend in...

**READ MORE**

LOAD MORE

### JK

About

Contact

JK Shop

Sunlync

Wellness.JK

1823 Grant Ave Ste A,
Jonesboro, AR 72401, USA

### BRANDS

Ergoline

Wellsystem

Revive

### RESOURCES

JK Blog

JK Events

JK Marketing Tool

JK Terms Application

JK ACH Authorization

### DEPARTMENTS

JK Parts

JK Service Support

JK Service Training

**STAY IN TOUCH!**   Keep up to date with the latest events and news from across all brands with JK Products & Services.

Sign-up for Updates

© COPYRIGHT 2024 ALL RIGHT RESERVED

TERMS AND CONDITIONS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | |
|---|---|
| **LED TECHNOLOGIES, INC.**, a Delaware corporation; | Case No. _____ |
|      Plaintiff, | **EXHIBIT D** |
|      v. | **VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| **JK-HOLDING GMBH**, a limited liability company – Gesellschaft Mit Beschränkter Haftung ("GmbH"); **JK PRODUCTS & SERVICES, INC.**, an Arkansas for-profit corporation, and **JK AMERICA, INC.**, an Arkansas for-profit corporation, | **DEMAND FOR JURY TRIAL** |
|      Defendants. | |



## What is LED Red Light Therapy?

Red Light Therapy, also known as photobiomodulation, is a non-invasive, painless treatment that uses specific wavelengths of light to stimulate cellular activity. This innovative therapy has gained popularity for its numerous benefits in promoting skin rejuvenation, reducing inflamation, and even aiding in intense energy boosts.

At Island Rayz, our Red Light bed is medical grade, lay down, and you receive treatments from the light on both sides of your body simultaneously. We have carefully curated our Red Light Therapy services to ensure maximum effectiveness and comfort for our clients. The therapy is a safe process that has been researched extensively by NASA, Mayo Clinic, and the National Institute of Health.





# The New REVIVE Pro Red Light +IR Therapy Bed

The Revive Pro Red Light +IR bed is a full body LED Right Light Therapy bed. This innovative solution harnesses the potential of LED technology delivering red and infrared light to create a revitalizing experience. Different wavelengths reach different cell types at different tissue depths. The Revive PRO IR Laydown uses three different lights with LED technology: Red 630 and 660 nm, and Near Infrared 850 nm. In addition full body red light is achieved through low pressure light technology and emits between 630 and 680 nm. You'll want to try the Revive if you are looking for natural skin rejuvenation, pain relief, and deep relaxation!

## Why Choose Island Rayz REVIVE Pro Red Light Therapy?

The REVIVE Pro-IR Lay Down bed features the newest Red Light Therapy technology in the Lake Norman area. The bed features an innovative design for maximum comfort and red light penetration, using thousands of LED light diodes.

Beware of other salons that utilize red light coverted from a tanning bed! The power of those lamps is NOT compatible with a legitimate Red Light bed and won't produce the correct output. Also, avoid spas that try to sell an experience where you sit in a room with small red light wall panels. These setups are completely ineffective due to the insufficient proximity required for the red light to penetrate effectively.

The True Red Light + IR Experience is available only at Island Rayz.


Maximum Proximity


Medical Grade LED Diodes


Ultimate Rejuvenation

## Red Light Therapy Before & After



**Heals Blemishes & Acne**



**Reduces Fine Lines & Wrinkles**



**Improves Skin Appearance**

## Recommendations

Sarah C.

*"Red light therapy has dramatically improved my sleep quaity. I used to struggle with insomnia, but now I fall asleep faster and wake up feeling more refreshed and energized."*

Scott C.

*"Red light therapy has helped me recover from workouts much faster. The muscle soreness that used to linger for days is reduced, allowing me to stay active and achieve my fitness goals."*

Sydney B.

*"I've noticed reduced inflammation in my joints, and my overall pain levels have significantly decreased. It's made a huge difference in my daily comfort. Plus, I've noticed I tan better!"*

# More Red Light and Near Infrared Therapy Benefits

Studies have shown that Red Light Therapy may provide many of the following benefits.  Click on a link to learn more.

   

### Anti-Aging

- Dramatically reduces fine lines and wrinkles
- Activates fibroblast cells which create collagen and elastin
- Creates more skin moisture for a more youthful appearance
- Lightens age spots and under-eye circles
- Increases circulation to the skin
- Improves facial texture

### Skin Appearance

- Increases the firmness and tone of the skin
- Helps with uneven skin pigmentation
- May clear up Psoriasis, Rosacea & Eczema
- Heals blemishes and acne
- Helps fade surgical scars, acne scars, and small superficial lacerations
- Helps fade stretch marks
- Enhances your ability to tan

### Overall Wellness

- Helps with hair and nail growth/strength
- May help reduce thinning hair and alopecia
- Stimulates the lymphatic system, detoxify the body
- Reduces stress resulting in better sleep
- Increases testosterone in men
- Reduces fatigue
- Weight Loss

### Alleviate Pain

- Inflammation reduction
- Swelling reduction
- Relieves joint pain (arthritis, etc.)
- Helps to reduce general soreness / delayed onset muscle soreness (DOMS)
- Improves blood circulation
- Helps produce ATP which can assist in athletic muscle growth
- Increases energy levels

## Still have questions?  Check out our Red Light Therapy FAQs.

[ Red Light Therapy FAQs ]

The REVIVE PRO-IR is intended for cosmetic use, as a general wellness device. This device is not intended to diagnose, treat, cure, or prevent specific diseases or medical conditions. This page is for informational purposes only and should not be used as a replacement for medical advice. If you have a specific medical condition or concern, you should consult with a medical professional prior to use.

 Print | Sitemap
© Island Rayz Tanning

September 27, 2025 at 9:35 AM EDT

× +

https://2ndsuntan.com/product/ergoline-revive-pro-ir-laydown



## 2nd SunTan

Text here...   All Categories ⌄

**Give Us A Call**
1-800-716-3373

🏠 | ABOUT US ⌄ | BLOG | FINANCING | CLICKLEASE FINANCING

‹ Previous Product  Next Product ›   |   Home / New Spa Equipment / Ergoline / Ergoline Revive PRO-IR Laydown

# Ergoline Revive PRO-IR Laydown

Description

The REVIVE PRO IR Laydown is the first of its kind to offer infrared and red-light LED technology for the entire body. Easy to use and accessible, this cutting-edge technology comes together with form and function to create an in-demand service for skincare, personal optimization and recovery. The REVIVE PRO IR Laydown is a stand-alone treatment option that provides a range of benefits for your client.

### Product Search

Search products.   Search

### New Products

KBL Pure Energy 5.0 Stand Up

Ergoline Sunrise 7200 HLT

Luxura V8

SKU: **NBERPIRLD**
Categories:
**Ergoline**, **New Spa Equipment**



Low monthly payments with ◉ clicklease  APPLY NOW

**Call 1-800-716-3373 to purchase this bed.**

**Fill out the Information Request form below for more details from one of our sales representatives.**

**Your Name** ∗

First                                Last

**Company Name**

**Your Email** ∗

### Categories



🛏 New Spa Equipment (25)   +

📷 New Tanning Beds (85)   +

◎ Parts (37)   +

Pre-Owned Spa (12)   +

Pre-Owned Tanning Beds (61)   +

🧴 Spray Tan (3)   +

Your Phone Numebr  *

1-234-567-8910

Consent

☐ I consent to receive promotional emails.

What equipment would you like more info on? *

CAPTCHA



☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

## Specials


KBL Pure Energy 5.0 Stand Up


Ergoline Sunrise 7200 HLT


Luxura V8

## Related products



RenuvaSkin S4800 Red Light Therapy



SALE!

Fujimi EP 9000MAX Massage Chair



Aquafrixio w/ FSR Red Light



### Who We Are

2nd Sun Tan

📞 1-800-716-3373

✉ info@2ndsuntan.com

📍 12671 Meadowvale RD, Elk River, MN 55330

### We Accept

AMERICAN EXPRESS    ebay

MasterCard    PayPal

VISA

### Info

Customer Support

Check our Terms and Conditions

F.A.Q.

Email us at info@2ndsuntan.com

Big Community

We have 245 positive reviews

### Join our Community

Subscribe to our newsletters. Be in touch with latest news, special offers, etc.

Email*

Subscribe

© 20

Cookies Policy



September 27, 2025 at 9:36 AM EDT

https://sunontheruntans.com/red-light/

Hours: Mon-Thu 9am-8pm | Fri 9am-7pm | Sat 9am-6pm | Sun 10am-4pm          1994 Hacienda Dr, Vista, CA 92081 | Tel. (760) 726-6921

## Sun on the Run

HOME   ABOUT   TANNING BEDS   SUNLESS TANNING   RED LIGHT   FIT BODYWRAP   FAQs   CONTACT US

## Red Light Therapies

### OUR NEWEST WELLNESS UPGRADE IS NOW AVAILABLE

We're excited to introduce our brand-new **medical-grade LED Red Light & Infrared Therapy Bed**—the Revive PRO IR Laydown will be available soon!

This next-level, full-body treatment uses clinically backed red and near-infrared wavelengths to support skin rejuvenation, muscle recovery, joint relief, and total-body wellness—all in a relaxing, UV-free session.

Ready to boost your glow and feel your best?

Experience the future of skin rejuvenation and wellness at Sun on the Run with our advanced **Red Light Anti-Aging Therapy** and the cutting-edge, *Medical-Grade Revive PRO LED & Infrared Therapy.*

| MEDICAL-GRADE RED LIGHT THERAPY | RED LIGHT ANTI-AGING THERAPY |



### Revive PRO IR

Step into the future of wellness with the **Revive PRO IR Laydown**—a **medical-grade** red and near-infrared light therapy bed designed to deliver full-body rejuvenation, healing, and recovery.

This isn't your average red light session. The Revive PRO IR uses **clinically backed wavelengths** (630nm, 660nm, and 850nm) to penetrate deep into your skin and muscle tissue, stimulating the mitochondria in your cells to produce more ATP—your body's natural energy source. The result? Faster recovery, reduced inflammation, and radiant, healthier skin from the inside out.

#### Why Medical-Grade Matters

Unlike standard wellness devices, the Revive PRO IR is **FDA-cleared** and built to **clinical standards**—making it powerful enough for therapeutic use, yet safe and comfortable for everyday sessions. Whether you're looking to support joint and muscle health, boost collagen, or elevate your wellness routine, this advanced

technology delivers real results.

## How It Works

Red and near-infrared light therapy, also known as photobiomodulation, involves the application of specific wavelengths of light to the body to obtain therapeutic benefits. The Revive PRO IR Laydown uses LED technology to emit red and infrared light, which is absorbed by the body's cells, leading to increased ATP production. This energy boost enhances cellular function, promoting cell renewal and repair.



**HERE'S HOW IT WORKS IN 3 EASY STEPS:**

**1. Light Reaches Your Cells**
When red or near-infrared light is applied to your skin, it penetrates deep into your tissues—passing through the skin and reaching the cells inside your muscles and organs.

**2. Your Cells Soak It In**
Inside your cells are little energy factories called mitochondria. These mitochondria absorb the light, especially a protein in them called cytochrome c oxidase. Think of this like a plant absorbing sunlight during photosynthesis.

**3. More Energy = More Healing**
Once the mitochondria absorb the light, they produce more ATP (adenosine triphosphate)—the energy source your body uses to function. With more ATP, your cells can repair damage faster, reduce inflammation, increase collagen production, and improve circulation.

## Key Benefits

- ✔ Skin Rejuvenation: Improves skin tone and texture, reduces fine lines and wrinkles, and promotes a youthful appearance.
- ✔ Enhanced Recovery: Aids in muscle recovery and reduces inflammation, making it beneficial for those experiencing chronic pain.
- ✔ Increased Cellular Turnover: Stimulates the body's natural healing processes, leading to improved skin health and vitality.
- ✔ Overall Wellness: Supports mental clarity, reduces stress, and enhances sleep quality.

## Technical Highlights

- ✔ LED Configuration: Equipped with 4,416 LEDs—1,536 in the base and 2,880 in the canopy—delivering consistent light exposure.
- ✔ Treatment Duration: Sessions typically last between 10 to 20 minutes, with user-adjustable settings.
- ✔ Comfort Features: Designed with comfort cooling air circulation and an intuitive control panel for a relaxing experience.

Elevate your wellness routine with the Revive PRO IR Laydown. Whether you're seeking skin rejuvenation, pain relief, or overall vitality, this state-of-the-art therapy bed offers a non-invasive, UV-free solution to help you look and feel your best

**CHECK OUT OUR CURRENT OFFERS →**
Offers valid for new customers only.

VIEW OFFERS

  



Home   About   Tanning Beds   Sunless Tanning   Red Light   FIT Bodywrap   FAQs   Contact Us   Sitemap   Privacy Policy

Copyright 2025 — Sun on the Run. Designed by Laura K Adams.



September 27, 2025 at 9:16 AM EDT

https://thetanclub.com/revive/



Home    Services ⌄    Lotions    Prices    About    Blog    Contact ⌄



# REVIVE PRO IR

Introducing the Revive PRO IR Laydown, a trailblazer in full-body skincare technology. This innovative device combines the power of infrared and red-light LED therapy, offering a comprehensive solution for skin rejuvenation, personal well-being, and recovery. Designed for ease of use and maximum accessibility, the Revive PRO IR Laydown melds sophisticated technology with sleek design, making it a sought-after addition to our range of services.

As a standalone treatment, the Revive PRO IR Laydown provides a multitude of benefits for our clients. At the core of its functionality is the advanced LED Technology, emitting both Red and Infrared Light. This synergy not only enhances skin health but also contributes to overall vitality, offering a unique and invigorating experience.

Originally developed by NASA for astronauts who could become injured or ill on long-term space missions, light emitting diode (or LED) therapy is used today as a safe and natural method of treatment for a variety of skin and pain conditions including acne, wrinkles, aging skin, chronic pain, and wound healing.

**Important Disclaimer:** The benefits of the Revive Pro IR bed were outlined by the manufacturer and provided to Tan Club.

They are not in any way direct claims made by Tan Club staff or ownership, nor are these benefits backed by any research conducted by Tan Club. We rely on the bed manufacturer to provide accurate details about what their products can and cannot do. Please do your own research and consult with an appropriate medical professional(s) for expert opinions. We expect our customers to do their own research before making any purchasing decision. For additional information on these outlined benefits, please consult our wellnessjk.com. Your experience may differ and therefore You understand that Tan Club Staff and ownership can not be held liable for any claims made by the manufacturer.

INFRARED & RED LIGHT LED COMBINED

# REVIVE PRO IR Benefits

PAIN MANAGEMENT

ANTI-AGING FOR THE ENTIRE BODY

WRINKLE REMOVAL

INJURY RECOVERY

ACNE TREATMENT

ARTHRITIS

HAIR LOSS

IMPROVE SLEEP

## READY TO TRY TAN CLUB?

## COME SEE US TODAY.

 **Call Us**
(573) 556-5585

 **Stop By**
2701 W. Edgewood Dr. Jefferson City MO 65109

CONTACT US





# REVIVE PRO IR

**STARTING AT**

$36 – Single Session

$230 – Ten Sessions

$255 – One Month

**SAVE WITH A MEMBERSHIP**

$69.95 – Red Light Member

$89.95 – All Access

With a Tan Club membership, you save big on tanning and spa services and receive additional special salon discounts.

**MEMBERSHIP DETAILS - CLICK HERE**

**"**

"I recently joined and was completely blown away by the amazing customer service I received. I've been to places before that treat you as just another number, but not here. They really take the time to explain all your options and figure out the best options for you! Thank you for going above and beyond!"

– AMANDA –



# SUBSCRIBE NOW

From time to time we send out an email newsletter to let you know about exciting things going on at Tan Club. We promise not to sell your information.

| First Name | Last Name |
|---|---|

| Email |
|---|

Subscribe

## GET IN TOUCH

573-556-5585

## FOLLOW ME



## STORE HOURS

**Monday-Friday 9AM-8 PM**
**Saturday 9AM-5PM**
**Sunday 11AM-5 PM**

**Seasonal Hours**
**October-February**
**Monday-Friday 9AM-7PM**
**Saturday 9AM-4PM**
**Sunday 11AM-4PM**

## COME ON IN



2701 W. Edgewood, Suite 107
Jefferson City MO 65109

