IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LED TECHNOLOGIES INC                       PLAINTIFF/COUNTER-
                                                                 DEFENDANT

v.                     No. 3:25-cv-228-DPM

JK-HOLDING GMBH                                         DEFENDANT

JK PRODUCTS & SERVICES INC        DEFENDANTS/COUNTER-
and JK AMERICA INC                                    CLAIMANTS

## JUDGMENT

All claims and counterclaims by and against all parties are dismissed with prejudice. The Court retains jurisdiction until 21 March 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

21 January 2026